IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES PRIMOUS,**

    **Petitioner,**

**v.**                                            **Case No. 1:19cv77-MW/GRJ**

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 1, construed as a petition for habeas corpus under 28 U.S.C. § 2254, is **DISMISSED** for failure to prosecute, failure to comply with a court order, and lack of jurisdiction." The Clerk shall also close the file.

**SO ORDERED on January 3, 2020.**

                                                    <u>s/Mark E. Walker</u>
                                                    **Chief United States District Judge**